Commonwealth *v.* Cephas, Appellant.

 Submitted June 9, 1969. *Harold Cephas, Jr.,* appellant, in propria persona; *Nicholas Sellers* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.